AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowdre, Karon O | U. S. District Court, Alabama | 06/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Hugo Black Courthouse <br> 1729 Fifth Avenue North <br> Birmingham, AL 35203 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Proprietor | Juliette Farms f/k/a KayBee Saddlebreds |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 JUN 21 A 11: 21 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | Samford University (Defined Benefit Plan)-vested benefits in plan of former employer. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 06/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Juliette Farms fka Kaybee Saddlebreds (Breed, Train & Show American Saddlebred Horses) | $ 50,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-Employed Law Practice |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 06/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LLC #1- Hwy 280, LLC / Real Estate 1, Birmingham, AL | C | Distribution | J | W | | | | | |
| 2. First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 3. First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 4. American Fund-Fundamental Investors | A | Dividend | J | T | | | | | |
| 5. American Fund-Europacific Growth Fund | A | Dividend | J | T | partial sell | 04/11 | J | A | |
| 6. American Fund-Capital World Growth and Income | A | Dividend | J | T | | | | | |
| 7. Evergreen Money Mrkt/Bank Deposit Sweep Acct, See Part VIII. | A | Dividend | J | T | | | | | |
| 8. Compass Bank Common Stock | A | Dividend | K | T | | | | | |
| 9. Janus Investment Fund - Small Cap Value Fund | B | Dividend | J | T | partial sell | 04/11 | J | A | |
| 10. Janus Investment Fund - Small Cap Value Fund | B | Dividend | J | T | partial sell | 02/15 | J | A | |
| 11. Dreyfuss Appreciation Fund | A | Dividend | J | T | partial sell | 04/11 | J | A | |
| 12. Fundamental Investors | A | Dividend | K | T | | | | | |
| 13. Growth Fund of America | A | Dividend | K | T | | | | | |
| 14. Smith Barney CitibankMoney Fund | A | Dividend | J | T | | | | | |
| 15. RGBK Common Stock | A | Dividend | J | T | | | | | |
| 16. Legg Mason Value Trust | A | Dividend | J | T | | | | | |
| 17. Merck Common Stock | A | Dividend | | | sell | 08/08 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 19. Walmart Stores Common Stock | A | Dividend | J | T | | | | | |
| 20. Alabama 0% Judicial Bldg Bonds | A | Distribution | J | W | | | | | |
| 21. Fundamental Inves.Fund (IRA) | A | Dividend | J | T | | | | | |
| 22. Growth Fund of America (IRA) | A | Dividend | K | T | | | | | |
| 23. New Perspective Fund (IRA) | A | Dividend | J | T | | | | | |
| 24. Small Cap World Fund-IRA | A | Dividend | J | T | | | | | |
| 25. Wash Mut Inv Fund-IRA | A | Dividend | J | T | | | | | |
| 26. Cap.World Growth&Inc-IRA | A | Dividend | K | T | buy | 08/09 | J | | |
| 27. Euro Pac Growth-IRA | A | Dividend | L | T | buy | 02/22 | J | | |
| 28. Invest Co of Amer-IRA | B | Dividend | L | T | partial sell | 02/22 | J | A | |
| 29. Growth Fund Amer-IRA | A | Dividend | L | T | partial sell | 02/22 | J | B | |
| 30. Wash Mut. Inv Fund-IRA | B | Dividend | L | T | | | | | |
| 31. Fidelity Disc Equity-IRA | A | Dividend | J | T | | | | | |
| 32. AmSouth Bancorp Common Stock | A | Dividend | | | sell | 08/09 | J | A | |
| 33. Bank of America Common Stock | A | Dividend | J | T | | | | | |
| 34. Pioneer Growth/Income Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Inv. Co of Amer Fund | A | Dividend | K | T | | | | | |
| 36. Putnam Voyager Fund | A | Dividend | J | T | | | | | |
| 37. Inv. Co. of America Fund | A | Dividend | J | T | partial sell | 08/10 | J | A | |
| 38. ICOS Common Stock | A | Dividend | K | T | partial sell | 08/05 | J | A | |
| 39. ALKS Common Stock | A | Dividend | K | T | | | | | |
| 40. Trust I; Inc.Benef.; ▬▬▬ | D | Distribution | N | W | | | | | |
| 41. AmSouth Bank Acct | A | Interest | K | T | | | | | |
| 42. American New Perspective Fund | A | Dividend | J | T | | | | | |
| 43. American New Perspective Fund | A | Dividend | J | T | | | | | |
| 44. Cisco Systems Common Stock | A | Dividend | | | sell | 08/09 | J | A | |
| 45. Trust II; Inc ▬▬▬ | E | Distribution | O | W | | | | | |
| 46. LLC II, See Part VIII | A | Distribution | K | W | | | | | |
| 47. 401(k)@ The Principal, See Part VIII. | E | Dividend | M | T | buy | | K | | |
| 48. Lawfirm Capital Contribution ▬▬▬ | | | K | W | | | | | |
| 49. Trust III; Inc Benef; Life Ins; ▬▬▬ See Part VIII | | | K | W | | | | | |
| 50. Trust IV, Inc Benef; Life Ins; ▬▬▬ | | | J | W | | | | | |
| 51. Pioneer Mid-Cap Value Fund | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Putnam Small Cap Value Fund | B | Dividend | J | T | | | | | |
| 53. McDonalds Corp. Common Stock | A | Dividend | J | T | | | | | |
| 54. Pixar Common Stock | A | Dividend | J | T | | | | | |
| 55. Pixar Common Stock | A | Dividend | J | T | | | | | |
| 56. Evergreen Money Mrkt/Bank Deposit Sweep Acct, See Part VIII. | A | Interest | J | T | | | | | |
| 57. Columbia Funds, Intl Value Fd Inv. CL A | A | Dividend | J | T | | | | | |
| 58. Wachovia Cash Sweep Acct, See Part VIII. | A | Dividend | J | T | | | | | |
| 59. Janus Invt. Fd- Small Cap & Value Fund-IRA | A | Dividend | K | T | | | | | |
| 60. T. Rowe Price Mid-Cap Growth Fund-IRA | A | Dividend | K | T | | | | | |
| 61. General Electric Company Common Stock | A | Dividend | J | T | | | | | |
| 62. Intel Corp. Common Stock | A | Dividend | | | sell | 08/08 | J | A | |
| 63. Nuveen Select Tax Free Income Port 2 SBI | A | Dividend | J | T | | | | | |
| 64. Growth Fund of America-Class A | A | Dividend | J | T | | | | | |
| 65. New England Financial Permanent Life Insurance | A | Dividend | J | T | | | | | |
| 66. New England Financial- Permanent Life Insurance Policy | B | Dividend | J | T | | | | | |
| 67. New England Finan.- Variable Ord.Life - Zenith Equity Series | A | Dividend | K | T | | | | | |
| 68. Van Kampen Equity & Income Fund-Cl B-fka Equity Income | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Pfizer Common Stock | A | Dividend | | | sell | 08/09 | J | | |
| 70. USB Cash Fund | A | Interest | J | T | | | | | |
| 71. T. Rowe Price Mid Cap Growth Fund | A | Dividend | J | T | partial sell | 04/11 | J | A | |
| 72. T. Rowe Price Mid Cap Growth Fund | A | Dividend | J | T | partial sell | 07/15 | J | A | |
| 73. Eurapacific Growth Fund | A | Dividend | J | T | partial sell | 04/11 | J | A | |
| 74. Medco Health-Common Stock | A | Dividend | | | sell | 08/08 | J | | |
| 75. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 76. Capital World Growth | A | Dividend | K | T | buy | 08/09 | K | | |
| 77. Intermediate Bond Fund of America | A | Dividend | J | T | buy | 08/10 | J | | |
| 78. Intermediate Bond Fund of America | A | Dividend | K | T | | | | | |
| 79. LLC #3 - FBN Properties 1, LLC; real estate investment | | | L | W | | | | | |
| 80. Chico's FAS, Inc. | A | Dividend | J | T | buy | 08/10 | J | | |
| 81. Stern Agee Cash Trust Prime Money Market | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 06/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*



401(k): Principal Global Investors Fund, Principal Global/Barrow Hanley Fund, American Century Investment Management Large Cap Growth Fund and contributions to the Plan and purchases by the Plan to these preselected funds are made throughout the year.

Lawfirm Capital Contribution.⬛⬛ is in the law firm ⬛⬛⬛⬛⬛⬛ in Birmingham, AL.

Trust III owns a life insurance policy issued by Phoenix Mutual Life Insurance Company.

Trust IV owns a life insurance policy issued by Northwestern Mutual Life Insurance Company.

Investments in Evergreen Fund were changed to "Bank Deposit Sweep" by the Brokerage House without any client direction. We are unaware whether this change reflected on statements was a change in account name, a change in default "sweep accounts", or a Brokerage House policy change necessitating a "sale" or one account and the reinvestment in another account since all of these actions were not initiated, directed or approved by the reporting party or other family member.

Partial sales in some holdings did not change year-end category listings.

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 06/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa _____ Date _June 15, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544